# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN SHMIDT,<br>　　　　Petitioner<br>　　v.<br>KIRSTJEN NIELSEN, et al.,<br>　　　　Respondents. | Case No. EDCV 18-1030-PA (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing This Action Without Prejudice Pursuant to Plaintiff's Request,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: August 7, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE